**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

<u>Official Form 201</u>

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/19

**If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

| 1. | **Debtor's name** | **Lone Star Brewery Development, Inc.** |
|---|---|---|

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4   7   –   2   9   4   5   2   9   1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **500 & 600 Lone Star Blvd** | **c/o Keith Smith** |
| Number     Street | Number     Street |
| | **Parkview Capital** |
| | P.O. Box |
| | **1233 West Loop South, Suite 1170** |
| **San Antonio**      **TX**    **78204** | **Houston**      **TX**    **77027** |
| City          State   ZIP Code | City          State   ZIP Code |
| **Bexar** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City          State   ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __3__ __6__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known  _____

Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known  _____

**11.** **Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                      State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and adminstrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/06/2020__
MM / DD / YYYY

X __/s/ Keith Smith__           __Keith Smith__
Signature of authorized representative of debtor    Printed name

Title __President__

**18. Signature of attorney**

X __/s/ Thomas Rice__           Date __01/06/2020__
Signature of attorney for debtor          MM / DD / YYYY

__Thomas Rice__
Printed name

__Pulman, Cappuccio & Pullen, LLP__
Firm name

__2161 NW Military Highway__
Number        Street

__Suite 400__

__San Antonio__                __TX__       __78213__
City                          State    ZIP Code

__(210) 222-9494__           __trice@pulmanlaw.com__
Contact phone                  Email address

__24025613__                __TX__
Bar number                 State

**Fill in this information to identify the case**

Debtor name     **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property      12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**        **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking account** | 9 | 7 | 8 | 8 | $30.52 |

4. **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$30.52**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9. **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

| |
|---|
| **$0.00** |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ − _____ = ............. ➔ _____
                  face amount             doubtful or uncollectible accounts

11b. Over 90 days old: _____ − _____ = ............. ➔ _____
                  face amount             doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| |
|---|
| **$0.00** |

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

| |
|---|
| **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?

     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐  No.  Go to Part 8.
  ☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| **3 Desks** **Conference Table** **6 Chairs** **Shelving** | | | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Leased copier** | | | **$0.00** |

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
     artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
     or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.
     
     **$0.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
  ☑  No
  ☐  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ☑  No
  ☐  Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐  No.  Go to Part 9.
  ☑  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **Leased Construction Site Trailer** | | | **$0.00** |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.
     
     **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☒ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **500 & 600 Lone Star Blvd**<br>**San Antonio, TX  78204**<br>**32.25 acre industrial complex** | **Fee Simple** | **$30,000,000.00** | **Appraisal** | **$30,000,000.00** |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$30,000,000.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

**$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                         **Current value of
                                                                         debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                    | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................... ➜ | | $30,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $30.52 | + 91b. $30,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................. **$30,000,030.52**

Debtor name **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
**BI 28, LLC**

**Creditor's mailing address**
**2601 S. Bayshore Drive, Suite 1200**

_____

_____

**Miami            FL    33133**

**Creditor's email address, if known**

_____

**Date debt was incurred    2/15/2018**

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**First lien on 32.25 acres of land**

**Describe the lien**
**Deed of Trust / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$12,000,000.00**    Column B: **$30,000,000.00**

**1) BI 28, LLC; 2) Princeton Capital Corporation.**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        **$26,029,003.50**

Debtor    **Lone Star Brewery Development, Inc.**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

<table>
<tr><td colspan="2"></td><td><em>Column A</em><br>**Amount of claim**<br>Do not deduct the<br>value of collateral.</td><td><em>Column B</em><br>**Value of collateral**<br>**that supports**<br>**this claim**</td></tr>
</table>

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $14,029,003.50 | $30,000,000.00 |
|---|---|---|---|
| **Princeton Capital Corporation** | | | |

Creditor's mailing address
**800 Turnpike Street, Suite 300**

**Second lien on 32.25 acres of land**

Describe the lien

**Deed of Trust / Agreement**

_____

_____

**New Andover        MA   01845**

Creditor's email address, if known

_____

Date debt was incurred    **4/10/2015**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
         relative priority?

    ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
         specified on lines **2.1**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

         Total claim       Priority amount

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(____)

Debtor    **Lone Star Brewery Development, Inc.**                Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,056.33 |

**CFGI**

**1835 Market Street**

**Suite 910**

| | | | As of the petition filing date, the claim is: *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

**Philadelphia**          **PA**      **19103**

**Basis for the claim:**

**Accountant**

Date or dates debt was incurred          **11/30/2019**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.57 |

**CPS Energy**

**PO Box 2678**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          **TX**      **78289**

**Basis for the claim:**

**Utility**

Date or dates debt was incurred          **11/12/2019**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number        **6   6   9   3**

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,090.00 |

**David M. Abner & Associates**

**747 Third Avenue, 2d Floor**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York**          **NY**      **10017**

**Attorney Fees**

Date or dates debt was incurred          **11/30/2019**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $415,626.76 |

**Newell Nano Family Limited Partnership**

**726 Probandt St., Suite 201**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Antonio**          **TX**      **78204**

**Non-Purchase Money**

Date or dates debt was incurred          **4/10/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number        __ __ **N   A**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                 **Amount of claim**

---

**3.5**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550,000.00**

**NRP Properties, LLC**

**1228 Euclid Avenue, 4th Floor**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Cleveland**      **OH**     **44115**

Basis for the claim:
**Contractual Claim**

Date or dates debt was incurred   **8/18/2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.6**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,618.51**

**Pine Hill Group**

**1835 Market Street**

**Suite 910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Philadelphia**      **PA**     **19103**

Basis for the claim:
**Accountant**

Date or dates debt was incurred   **6/30/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.7**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,335.56**

**Robinson & Fogle Insurance Agency, Inc.**

**PO Box 932**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Cypress**      **TX**     **77410**

Basis for the claim:
**Insurance**

Date or dates debt was incurred   **12/1/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.8**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,546.38**

**Statewide Patrol, Inc.**

**8626 Tesoro Dr. Suite 504**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio**      **TX**     **78217**

Basis for the claim:
**Trade**

Date or dates debt was incurred   **7/1/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | **Nonpriority creditor's name and mailing address** |
|---|---|

**STOUT RISIUS ROSS, LLC**

**P.O. Box 71770**

**Chicago**                      **IL        60694**

Date or dates debt was incurred        **8/12/2019**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,668.75**

---

| 3.10 | **Nonpriority creditor's name and mailing address** |
|---|---|

**UBEO of Austin, Inc.**

**PO Box 660831**

**Dallas**                      **TX        75266**

Date or dates debt was incurred        **9/30/2019**

Last 4 digits of account number        **1    0    0    0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Copier Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,867.31**

---

| 3.11 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Williams Scotsman, Inc.**

**PO BOX 91975**

**Chicago**                      **IL        60693**

Date or dates debt was incurred        **11/28/2019**

Last 4 digits of account number        **9    0    7    9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Construction Trailer Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,265.97**

Debtor   **Lone Star Brewery Development, Inc.**     Case number (if known) _____

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Edwards Aquifer Authority**<br>**900 E. Quincy**<br><br><br>**San Antonio        TX      78215** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2 | **Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**P.O. Box 7346**<br><br>**Philadelphia        PA      19101-7346** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3 | **Texas Commission on Environmental Qualit**<br>**P.O. Box 13088**<br><br><br>**Austin        TX      78711-3089** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4 | **Texas Comptroller Public Accounts**<br>**Revenue Accounting Division**<br>**Bankr. Dept.**<br>**P.O. Box 13528 Capitol Station**<br>**Austin        TX      78711** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.5 | **Texas Office of the Attorney General**<br>**ATTN: BKCY**<br>**P.O. Box 12548**<br><br>**Austin        TX      78711-2548** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.6 | **United States Trustee**<br>**615 E. Houston, Suite 533**<br><br><br>**San Antonio        TX      78205** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **US Attorney's Office** | Line _____ | __ __ __ __ |
| | **Attn: Gary Wright / BKCY** | ☑ Not listed.  Explain: | |
| | **601 NW Loop 410 #600** | **Notice Only** | |
| | | | |
| | **San Antonio          TX     78216** | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,104,444.14 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,104,444.14 |

**Fill in this information to identify the case:**

Debtor name    **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    _____    Chapter   **11**
(if known)

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2. **List all contracts and unexpired leases**          State the name and mailing address for all other
   parties with whom the debtor has an executory
   contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | **UBEO of Austin, Inc.** |
|---|---|---|---|
| | | | **PO Box 660831** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**      **TX**    **75266** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Construction Trailer Lease** | **Williams Scotsman, Inc.** |
| | | | **PO BOX 91975** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**      **IL**    **60693** |

Fill in this information to identify the case:

Debtor name        **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1 Keith W. Smith** | **1233 West Loop South, Suite 1170**<br>Number        Street | **BI 28, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**      **TX**   **77027**<br>City          State   ZIP Code | | |
| **2.2 Mark Smith** | **4103 Drummond St.**<br>Number        Street | **Newell Nano Family Limited Partnership** | ☐ D<br>☑ E/F<br>☐ G |
| | **Houston**      **TX**   **77025**<br>City          State   ZIP Code | | |
| **2.3 Parkview Capital Credit, Inc.** | **1233 W. Loop South, Suite 1170**<br>Number        Street | **BI 28, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**      **TX**   **77027**<br>City          State   ZIP Code | | |

Debtor Name **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................................

| **$30,000,000.00** |
| --- |

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................

| **$30.52** |
| --- |

    1c. **Total of all property**
    Copy line 92 from Schedule A/B..................................................................................

| **$30,000,030.52** |
| --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................

| **$26,029,003.50** |
| --- |

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................

| **$0.00** |
| --- |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................

| **+** | **$1,104,444.14** |
| --- | --- |

**4.** **Total liabilities**
    Lines 2 + 3a + 3b.......................................................................................................

| **$27,133,447.64** |
| --- |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/06/2020**      **X** /s/ Keith Smith
      MM / DD / YYYY           Signature of individual signing on behalf of debtor

                        **Keith Smith**
                        Printed name
                        **President**
                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.   **Gross revenue from business**

☑ None

2.   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be
adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|     | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|-----|-----------------------------|-------|-----------------------|--------------------------------------------------------|
| 3.1. | **BI 28, LLC** <br> Creditor's name <br> **2601 S. Bayshore Drive, Suite 1200** <br> Street <br><br> **Miami**    **FL**    **33133** <br> City   State   ZIP Code | **11/1/2019** | **$146,895.83** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | **Robinson & Fogle Insurance Agency, Inc.** <br> Creditor's name <br> **PO Box 932** <br> Street <br><br> **Cypress**    **TX**    **77410** <br> City   State   ZIP Code | **11/1/2019** | **$4,335.56** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.3. | **Robinson & Fogle Insurance Agency, Inc.** <br> Creditor's name <br> **PO Box 932** <br> Street <br><br> **Cypress**    **TX**    **77410** <br> City   State   ZIP Code | **11/1/2019** | **$1,941.63** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |

Debtor      **Lone Star Brewery Development, Inc.**                    Case number (if known) _____
            Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.4.  **Pender Capital Managment, LLC**
      Creditor's name
      **3232 McKinney Ave., Suite 855**
      Street

      **Dallas**          **TX**    **75204**
      City              State    ZIP Code

Dates: **11/7/2019**
Total amount or value: **$15,000.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

3.5.  **Robinson & Fogle Insurance Agency, Inc.**
      Creditor's name
      **PO Box 932**
      Street

      **Cypress**          **TX**    **77410**
      City              State    ZIP Code

Dates: **11/20/2019**
Total amount or value: **$4,572.33**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

3.6.  **Robinson & Fogle Insurance Agency, Inc.**
      Creditor's name
      **PO Box 932**
      Street

      **Cypress**          **TX**    **77410**
      City              State    ZIP Code

Dates: **11/22/2019**
Total amount or value: **$994.49**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

3.7.  **Robinson & Fogle Insurance Agency, Inc.**
      Creditor's name
      **PO Box 932**
      Street

      **Cypress**          **TX**    **77410**
      City              State    ZIP Code

Dates: **12/18/2019**
Total amount or value: **$4,552.33**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

3.8.  **BI 28, LLC**
      Creditor's name
      **2601 S. Bayshore Drive, Suite 1200**
      Street

      **Miami**          **FL**    **33133**
      City              State    ZIP Code

Dates: **12/18/2019**
Total amount or value: **$1,821.99**

Reasons for payment or transfer
*Check all that apply*
☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|------------|----------------|-------------------------------------|----------------|
| 7.1. | **NRP Properties, LLC v. Lone Star Brewery Development, Inc.** | **Breach of Contract** | **150 Judicial District Bexar County, TX**<br>Name<br>**100 Dolorosa, 2nd Floor**<br>Street<br>**Room 2.23** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2017-CI-23253** | | **San Antonio        TX    78205**<br>City                      State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **Lone Star Brewery Development, Inc.**    Case number (if known) _____
     Name

| Part 4: | Certain Gifts and Charitable Contributions |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

  ☑ None

| Part 5: | Certain Losses |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

  ☑ None

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

  ☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pulman, Cappuccio & Pullen, LLP** | | **1/06/2020** | **$80,000.00** |

**Address**

**2161 NW Military Hwy., Suite 400**
Street

**San Antonio**   **TX**  **78213**
City   State  ZIP Code

**Email or website address**
**www.pulmanlaw.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

  ☑ None

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 4

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Lone Star Brewery** | **Edwards Aquifer Authority** | **Abandoned Wells** | **10/24/2016** |
| Name | Name | | |
| **600 Lone Star Blvd.** | **900 E. Quincy** | | |
| Street | Street | | |
| | | | |
| **San Antonio**    **TX**   **78210** | **San Antonio**    **TX**   **78215** | | |
| City    State   ZIP Code | City    State   ZIP Code | | |

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | **CFGI** | | From _____ To _____ |
| | Name | | |
| | **1835 Market Street** | | |
| | Street | | |
| | **Suite 910** | | |
| | **Philadelphia**     **PA**    **19103** | | |
| | City     State    ZIP Code | | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | **Pine Hill Group** | | From _____ To _____ |
| | Name | | |
| | **1835 Market Street** | | |
| | Street | | |
| | **Suite 910** | | |
| | **Philadelphia**     **PA**    **19103** | | |
| | City     State    ZIP Code | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | **CFGI** | | From _____ To _____ |
| | Name | | |
| | **1835 Market Street** | | |
| | Street | | |
| | **Suite 910** | | |
| | | | |
| | **Philadelphia**     **PA**     **19103** | | |
| | City     State     ZIP Code | | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | **Mazars USA LLP** | | From _____ To _____ |
| | Name | | |
| | **60 Crossways Park Drive West, Suite 301** | | |
| | Street | | |
| | | | |
| | **Woodbury**     **NY**     **11797** | | |
| | City     State     ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **CFGI** | | |
| | Name | | |
| | **1835 Market Street** | | |
| | Street | | |
| | **Suite 910** | | |
| | | | |
| | **Philadelphia**     **PA**     **19103** | | |
| | City     State     ZIP Code | | |

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | **Parkview Capital** | | |
| | Name | | |
| | **1233 West Loop South, Suite 1170** | | |
| | Street | | |
| | | | |
| | **Houston**     **TX**     **77027** | | |
| | City     State     ZIP Code | | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **BI 28, LLC** |
|---|---|
| | Name |
| | **2601 S. Bayshore Drive, Suite 1200** |
| | Street |
| | |
| | **Miami**     **FL**     **33133** |
| | City     State     ZIP Code |

**Lone Star Brewery Development, Inc.**      Case number (if known) _____
<br>Name

**Name and address**

26d.2.    **Princeton Capital Corporation** _____
<br>       Name
<br>       **800 Turnpike Street, Suite 300** _____
<br>       Street
<br>
<br>       _____

| **New Andover** | **MA** | **01845** |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Keith W. Smith** | **1233 West Loop South, Suite 1170 Houston, TX 77027** | **President / Officer** | |
| **Parkview Capital Credit, Inc.** | **1233 West Loop South, Suite 1170 Houston, TX 77027** | **Sole Shareholder / Shareholder** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --**Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/06/2020**
           MM / DD / YYYY

**X** **/s/ Keith Smith**                          Printed name  **Keith Smith**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

| Fill in this information to identify the case: |
| --- |

Debtor name   **Lone Star Brewery Development, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NRP Properties, LLC 1228 Euclid Avenue, 4th Floor Cleveland, OH 44115 | | Contractual Claim | Unliquidated Disputed | | | $550,000.00 |
| 2 | Newell Nano Family Limited Partnership 726 Probandt St., Suite 201 San Antonio, TX 78204 | | Non-Purchase Money | | | | $415,626.76 |
| 3 | CFGI 1835 Market Street Suite 910 Philadelphia, PA 19103 | | Accountant | | | | $55,056.33 |
| 4 | Pine Hill Group 1835 Market Street Suite 910 Philadelphia, PA 19103 | | Accountant | | | | $46,618.51 |
| 5 | Williams Scotsman, Inc. PO BOX 91975 Chicago, IL 60693 | | Construction Trailer Lease | | | | $16,265.97 |

Debtor **Lone Star Brewery Development, Inc.**      Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 David M. Abner & Associates<br>747 Third Avenue, 2d Floor<br>New York, NY 10017 | | Attorney Fees | | | | $6,090.00 |
| 7 STOUT RISIUS ROSS, LLC<br>P.O. Box 71770<br>Chicago, IL 60694 | | Trade | | | | $4,668.75 |
| 8 Robinson & Fogle Insurance Agency, Inc.<br>PO Box 932<br>Cypress, TX 77410 | | Insurance | | | | $4,335.56 |
| 9 Statewide Patrol, Inc.<br>8626 Tesoro Dr. Suite 504<br>San Antonio, TX 78217 | | Trade | | | | $3,546.38 |
| 10 UBEO of Austin, Inc.<br>PO Box 660831<br>Dallas, TX 75266 | | Copier Lease | | | | $1,867.31 |
| 11 CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289 | | Utility | | | | $368.57 |

IN RE:   **Lone Star Brewery Development, Inc.**                    CASE NO

                                                                   CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  1/6/2020 _____          Signature  _/s/ Keith Smith_____
                                                      ***Keith Smith***
                                                      ***President***


Date _____          Signature _____

```
BI 28, LLC
2601 S. Bayshore Drive, Suite 1200
Miami, FL 33133


CFGI
1835 Market Street
Suite 910
Philadelphia, PA 19103


CPS Energy
PO Box 2678
San Antonio, TX 78289


David M. Abner & Associates
747 Third Avenue, 2d Floor
New York, NY 10017


Edwards Aquifer Authority
900 E. Quincy
San Antonio, TX 78215


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


Keith W. Smith
1233 West Loop South, Suite 1170
Houston, TX  77027


Mark Smith
4103 Drummond St.
Houston, TX 77025


Newell Nano Family Limited Partnership
726 Probandt St., Suite 201
San Antonio, TX 78204
```

NRP Properties, LLC
1228 Euclid Avenue, 4th Floor
Cleveland, OH 44115


Parkview Capital Credit, Inc.
1980 Post Oak Blvd., Suite 1500
Houston, TX  77056


Parkview Capital Credit, Inc.
1233 W. Loop South, Suite 1170
Houston, TX  77027


Pine Hill Group
1835 Market Street
Suite 910
Philadelphia, PA 19103


Princeton Capital Corporation
800 Turnpike Street, Suite 300
New Andover, MA 01845


Robinson & Fogle Insurance Agency, Inc.
PO Box 932
Cypress, TX 77410


Statewide Patrol, Inc.
8626 Tesoro Dr. Suite 504
San Antonio, TX 78217


STOUT RISIUS ROSS, LLC
P.O. Box 71770
Chicago, IL 60694


Texas Commission on Environmental Qualit
P.O. Box 13088
Austin, TX 78711-3089

```
Texas Comptroller Public Accounts
Revenue Accounting Division
Bankr. Dept.
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Office of the Attorney General
ATTN: BKCY
P.O. Box 12548
Austin, TX  78711-2548


UBEO of Austin, Inc.
PO Box 660831
Dallas, TX 75266



United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205



US Attorney's Office
Attn: Gary Wright / BKCY
601 NW Loop 410 #600
San Antonio, TX  78216


Williams Scotsman, Inc.
PO BOX 91975
Chicago, IL 60693
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:                                                CHAPTER    **11**
**Lone Star Brewery Development, Inc.**


DEBTOR(S)                                        CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Parkview Capital Credit, Inc.<br>1980 Post Oak Blvd., Suite 1500<br>Houston, TX  77056 | A | 3207 | Common |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date:__**1/6/2020**_____          Signature:__**/s/ Keith Smith**_____
                                                                        *Keith Smith*
                                                                        **President**

## UNANIMOUS WRITTEN CONSENT OF SHAREHOLDERS FOR
## LONE STAR BREWERY DEVELOPMENT, INC.

The undersigned, being the sole shareholder for Lone Star Brewery Development, Inc. ("Lone Star Brewery Development"), a corporation existing under and by virtue of the laws of the State of Texas, hereby authorizes, approves, consents to, and adopts the following resolutions:

**WHEREAS**, management of Lone Star Brewery Development has had the opportunity to fully consider each of the strategic alternatives available to Lone Star Brewery Development; and

**WHEREAS**, in the judgment of management, it is desirable and in the best interest of Lone Star Brewery Development, its creditors, and other interested parties that a petition be filed on behalf of Lone Star Brewery Development seeking relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and

**NOW, THEREFORE, BE IT**

**RESOLVED** that Keith W. Smith, as President of Lone Star Brewery Development, (the "Designated Person"), is hereby authorized, directed and empowered, on behalf of and in the name of Lone Star Brewery Development, to execute and verify a petition in the name of Lone Star Brewery Development under chapter 11 of the Bankruptcy Code ("Chapter 11") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, in such form and at such time as the Designated Person executing said petition shall determine; and be it

**RESOLVED FURTHER**, that the Designated Person is further authorized, directed, and empowered to file all petitions, schedules, lists and other motions, papers or documents, and to take any and all actions that he deems necessary or proper to obtain such relief, including, without

limitation, any action necessary to maintain the ordinary course operations of Lone Star Brewery Development; and be it

**RESOLVED FURTHER**, that the Designated Person is authorized, directed and empowered on behalf of and in the name of Lone Star Brewery Development to employ and retain the law firm of Pulman, Cappuccio & Pullen, LLP ("PC&P"), as general restructuring counsel for Lone Star Brewery Development in the Chapter 11 case to represent and assist Lone Star Brewery Development in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of Lone Star Brewery Development, including filing pleadings; and in connection therewith, the Designated Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of PC&P; and be it

**RESOLVED FURTHER**, that the Designated Person is authorized, directed and empowered, on behalf of and in the name of Lone Star Brewery Development to open debtor-in-possession accounts at any banking institution that is an Authorized Depository in Region 7 of the U.S. Trustee Program in connection with the filing of the Chapter 11 bankruptcy case, to the extent necessary, and to take such additional actions and to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of Lone Star Brewery Development pursuant thereto or in connection therewith, all with such changes therein and additions thereto as the Designated Person approves, such approval to be conclusively evidenced by the taking of such action or be the execution delivery thereof; and be it

**RESOLVED FURTHER**, that the Designated Person is authorized, directed and empowered, on behalf of and in the name of Lone Star Brewery Development to incur secured

debtor-in-possession financing in connection with the filing of the Chapter 11 bankruptcy case, to the extent necessary, and to take such additional actions and to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of Lone Star Brewery Development pursuant thereto or in connection therewith, all with such changes therein and additions thereto as the Designated Person approves, such approval to be conclusively evidenced by the taking of such action or be the execution delivery thereof; and be it

**RESOLVED FURTHER**, that in addition to the specific authorizations hereto conferred upon the Designated Person of Lone Star Brewery Development or any designees, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, Lone Star Brewery Development, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by the Designated Person of Lone Star Brewery Development or by PC&P to seek relief on behalf of Lone Star Brewery Development under Chapter 11 or in connection with the Chapter 11 bankruptcy case, or any matter related thereto, be and hereby are adopted, ratified, confirmed and approved in all respects as the acts and deeds of Lone Star Brewery Development; and be it

**RESOLVED FURTHER**, that the Designated Person be and is authorized and empowered, with full power of delegations, for and in the name and on behalf of Lone Star Brewery Development to amend, supplement or otherwise modify from time to time the terms of

any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions.

**IN WITNESS WHEREOF**, this *Unanimous Written Consent of Shareholders for Lone Star Brewery Development, Inc.* is executed as of this 6th day of January, 2020.

Keith W. Smith, as President of Parkview Capital Credit, Inc., the Sole Shareholder of Lone Star Brewery Development, Inc.