# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE:

    LONE STAR BREWERY                 Case No: __20-50058-cag__

    DEVELOPMENT, INC.

                                        Chapter __11__

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

       Comes now __Isaac M. Marcushamer__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __BI 28 LLC__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

    __Mark Migdal & Hayden__,

    with offices at

    Mailing address: __80 SW 8th Street, Suite 1999__

    City, State, Zip: __Miami, FL 33130__

    Telephone: __305-374-0440__    Fax: _____

    Email Address: __isaac@markmigdal.com__

2. Since __November 3, 2008__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Florida__. Crrnecpvu"dct"ngpug"pwodgt"ku"aaaaaaaaaaaaaaaaaaaaaa0

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| State of Florida | 11/03/2008 |
| Southern District of Florida | 01/23/2009 |
| Middle District of Florida | 03/10/2009 |
| Northern District of Florida | 03/11/2009 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
N/A

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Isaac M. Marcushamer_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
[Signature of Applicant]

_____Isaac M. Marcushamer_____
[Printed name of Applicant]

_80 SW 8th St Ste 1999  Miami, FL 33130_
[Address of Applicant]

_305-374-0440_____
[Telephone of Applicant]

_____isaac@markmigdal.com_____
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the  15th  Day of   January  ,   2020   .

**Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

/s/ Isaac M. Marcushamer
[Signature of Applicant]

Isaac M. Marcushamer
[Printed name of Applicant]

80 SW 8th St Ste 1999  Miami, FL 33130
[Address of Applicant]

305-374-0440
[Telephone of Applicant]

isaac@markmigdal.com
[Email address of Applicant]

###

## SERVICE LIST

Served Via U.S. First Class Mail
Lone Star Brewery Development, Inc.
c/o Keith Smith
Parkview Capital
1233 West Loop South, #1170
Houston, TX 77027

Thomas Rice
Pulman Cappuccio & Pullen, LLP
2161 NW Military Hwy Suite 400
San Antonio, TX 78213

US Trustee's Office-SA12
615 E. Houston, Suite 533
P.O Box 1539
San Antonio, TX 78295

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205