Expedited hearing shall be held on 4/30/2020 at 11:30 AM in VIA TELEPHONE. Movant is responsible for notice.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 30, 2020**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| LONE STAR BREWERY DEVELOPMENT, INC., | § | BANKRUPTCY NO. 20-50058-CAG |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON EMERGENCY MOTION FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363**

Came on for consideration the *Motion to Expedite Hearing on Emergency Motion for Authorization to Sell Property of the Estate Pursuant to 11 U.S.C. § 363* (the "**Expedite Motion**"),[1] seeking an expedited hearing on *Emergency Motion for Authorization to Sell Property of the Estate Pursuant to 11 U.S.C. § 363* [ECF #67] (the "**Motion**"). The Court finds that the Expedite Motion should be granted.

---

[1] Capitalized terms unless otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

{00469432}

– 2 –

**IT IS, THEREFORE, ORDERED** that the Expedite Motion is granted and *Emergency Motion for Authorization to Sell Property of the Estate Pursuant to 11 U.S.C. § 363* [ECF #67] is scheduled for emergency hearing as set forth above. Notice of the hearing shall be given by the Debtor.

# # #

**Order prepared by:**

Thomas Rice
Texas State Bar No. 24025613
trice@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEY FOR
DEBTOR AND DEBTOR-IN-POSSESSION**