**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 28, 2020.**



_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | CHAPTER 11 CASE |
|---|---|---|
| | § | |
| **LONE STAR BREWERY DEVELOPMENT, INC.,** | § § § § | CASE NO. 20-50058-CAG |
| Debtor. | § | |

### ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7

The Court has considered Princeton Capital Corporation's Motion to Convert Case to Chapter 7 or Dismiss Case [Docket No. 78] (the "Motion"), along all responses and objections thereto. After conducting a hearing on the Motion and considering the arguments of counsel, the Court finds that good and sufficient cause exists for the Motion to be **GRANTED.** The Court further finds as follows:

1. Converting the case to Chapter 7 is in the best interest of creditors and the bankruptcy estate, and no unusual circumstances exist that suggest otherwise;

2. Cause exists to warrant conversion, such that conversion is required by 11 U.S.C. § 1112;

675282.1

3.	The Debtor does not have a reasonable likelihood of rehabilitation; and

4.	The continued accrual of administrative expenses if the case continues in Chapter 11 would constitute a substantial or continuing loss to or diminution of the Debtor's bankruptcy estate.

**IT IS, THERFORE, ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the above-captioned and numbered bankruptcy case is hereby converted to a case under Chapter 7 of the United States Bankruptcy Code, subject to a 30-day bar from the entry of this Order for the filing of admininstrative expense claims and final fee applications in the Chapter 11 case.

**IT IS FURTHER ORDERED** that the filing of admininstrative expense claims and fee applications shall be required only to the extent required by the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or Local Rules of this Court.

###

Submitted by:

*/s/ Stephen K. Lecholop II*
Stephen K. Lecholop II
State Bar No. 24070119
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 East Mulberry, Suite 200
San Antonio, Texas, 78212
Telephone: (210) 225-5000
Fax: (210) 244-8930
slecholop@rpsalaw.com

**ATTORNEYS FOR PRINCETON CAPITAL CORPORATION**

675282.1