**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 28, 2020.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** § | | **CHAPTER 11 CASE** |
| § | | |
| **LONE STAR BREWERY** § | | **CASE NO. 20-50058-CAG** |
| **DEVELOPMENT, INC.,** § | | |
| § | | |
| **Debtor.** § | | |

### ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7

The Court has considered Princeton Capital Corporation's Motion to Convert Case to Chapter 7 or Dismiss Case [Docket No. 78] (the "Motion"), along all responses and objections thereto. After conducting a hearing on the Motion and considering the arguments of counsel, the Court finds that good and sufficient cause exists for the Motion to be **GRANTED.** The Court further finds as follows:

1. Converting the case to Chapter 7 is in the best interest of creditors and the bankruptcy estate, and no unusual circumstances exist that suggest otherwise;

2. Cause exists to warrant conversion, such that conversion is required by 11 U.S.C. § 1112;

675282.1

    3.    The Debtor does not have a reasonable likelihood of rehabilitation; and

    4.    The continued accrual of administrative expenses if the case continues in Chapter 11 would constitute a substantial or continuing loss to or diminution of the Debtor's bankruptcy estate.

**IT IS, THERFORE, ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the above-captioned and numbered bankruptcy case is hereby converted to a case under Chapter 7 of the United States Bankruptcy Code, subject to a 30-day bar from the entry of this Order for the filing of admininstrative expense claims and final fee applications in the Chapter 11 case.

**IT IS FURTHER ORDERED** that the filing of admininstrative expense claims and fee applications shall be required only to the extent required by the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or Local Rules of this Court.

###

Submitted by:

*/s/ Stephen K. Lecholop II*
Stephen K. Lecholop II
State Bar No. 24070119
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 East Mulberry, Suite 200
San Antonio, Texas, 78212
Telephone: (210) 225-5000
Fax:   (210) 244-8930
slecholop@rpsalaw.com

**ATTORNEYS FOR PRINCETON CAPITAL CORPORATION**

675282.1

United States Bankruptcy Court
Western District of Texas

In re:  
Lone Star Brewery Development, Inc.  
    Debtor

Case No. 20-50058-cag  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-5     User: kanyumbu     Page 1 of 1     Date Rcvd: May 28, 2020  
                         Form ID: pdfintp     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.

```
db         +Lone Star Brewery Development, Inc.,   c/o Keith Smith,   Parkview Capital,
             1233 West Loop South, #1170,   Houston, TX 77027-9132
aty        +Isaac M. Marcushamer,   Mark Migdal & Hayden,   80 SW 8th St, Suite 1999,
             Miami, FL 33130-3036
cr         +Bexar County,   112 E. Pecan Suite 2200,   San Antonio, Tx 78205-1588
intp       +Infinity Real Estate, LLC,   c/o Brent McIlwain,   Holland & Knight LLP,
             200 Crescent Court, Suite 1600,   Dallas, TX 75201-1829
cr         +Princeton Capital Corporation,   755 E Mulberry Ave, Ste 200,   San Antonio, TX 78212-4285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                 TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
intp           Jones Lang LaSalle Americas, Inc.  
               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:

       Aaron J. Power    on behalf of Interested Party    BI 28 LLC apower@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com  
       Brian John Smith    on behalf of Interested Party    Infinity Real Estate, LLC brian.smith@hklaw.com, brent.mcilwain@hklaw.com;robert.jones@hklaw.com;alvin.benton@hklaw.com  
       David S. Gragg    on behalf of Interested Party    GrayStreet Acquisitions, LLC dgragg@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com  
       Donald P. Stecker    on behalf of Creditor    Bexar County don.stecker@lgbs.com  
       Joshua W. Wolfshohl    on behalf of Interested Party    BI 28 LLC jwolfshohl@porterhedges.com, ksteverson@porterhedges.com;egarfias@porterhedges.com;ysanders@porterhedges.com  
       Stephen K. Lecholop, II    on behalf of Creditor    Princeton Capital Corporation slecholop@rpsalaw.com, amartinez@rpsalaw.com;lchapa@rpsalaw.com  
       Thomas Rice    on behalf of Debtor    Lone Star Brewery Development, Inc. trice@pulmanlaw.com, mvilla@pulmanlaw.com  
       United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov

                                                                                  TOTAL: 8